IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-MJ-00331 |
| | : | |
| EVAN NEUMANN, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO QUASH THE**
**MARCH 23, 2021, ARREST WARRANT**

Now comes the United States, through the undersigned counsel, and moves to quash the arrest warrant issued for Defendant Evan Neumann on March 23, 2021 (hereinafter referred to as the "Original Arrest Warrant"), attached hereto as Exhibit 1.

On March 23, 2021, Magistrate Judge G. Michael Harvey issued the Original Arrest Warrant (Exhibit 1) based on a criminal complaint (Exhibit 2), filed the same day, charging Defendant Neumann with violating the following statutes: 18 U.S.C. § 111(a)(1); 18 U.S.C. § 231(a)(3); 18 U.S.C. § 1752(a)(1); 18 U.S.C. § 1752(a)(2); 18 U.S.C. § 1752(a)(4); and 40 U.S.C. § 5104(e)(2)(F). Neumann's arrest was never effectuated.[1]

On December 10, 2021, a grand jury sitting in Washington, D.C. returned an indictment charging Neumann with the following offenses: three counts of 18 U.S.C. § 231(a)(3); four counts of 18 U.S.C. § 111(a)(1); 18 U.S.C. § 115(a)(1)(B); 18 U.S.C. § 1752(a)(1); 18 U.S.C. § 1752(a)(2); 18 U.S.C. § 1752(a)(4); 40 U.S.C. § 5104(e)(2)(D); 40 U.S.C. § 5104(e)(2)(F); and 40 U.S.C. § 5104(e)(2)(G). As a result of the indictment, the government is seeking that the Court issue a new arrest warrant on December 10, 2021, so that the arrest warrant will map the charges in the indictment. Because the Defendant is not located in the United States and the

---

[1] On February 16, 2021, Neumann left the United States and has not returned.

government will need to seek additional legal process to effectuate the Defendant's arrest, the arrest warrant needs to accurately reflect the charges in the indictment. Relying on the Original Arrest warrant, which contains the previous charges, could create issues in attempting to effectuate the arrest.

Because the Defendant was indicted on new charges on December 10, 2021, and the government is seeking a new warrant that tracks the charges in the indictment, the Original Arrest Warrant is no longer accurate or needed. Consequently, the United States respectfully moves this Honorable Court to quash the Original Arrest Warrant.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:     /s/ Grace Albinson
GRACE ALBINSON
NY Bar No. 4952697
Capitol Riot Detailee
150 M Street, N.E.
Washington, D.C. 20002
(202) 598-3276
GAlbinson@usa.doj.gov

/s/ Brian P. Kelly
BRIAN P. KELLY
Assistant United States Attorney
D.C. Bar No. 983689
555 Fourth Street, N.W., Room 3816
Washington, DC 20530
(202) 252-7503
brian.kelly3@usdoj.gov