IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EVAN NEUMANN,<br><br>Defendant. | Case: 1:21-cr-00727<br>Assigned To : Kollar-Kotelly, Colleen<br>Assign. Date : 12/10/2021<br>Description: INDICTMENT (B) |

ORDER

In light of the government's Motion to Quash, and the entire record herein, this Court grants the government's Motion, and the March 23, 2021, arrest warrant issued for defendant Evan Neumann in this matter is hereby quashed.

Date:

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

Zia M. Faruqui
2021.12.10 16:38:16
-05'00'

3