UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | Case No.: 1:21-cr-00727 |
| | : | |
| **EVAN NEUMANN,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through the United States Attorney for the District of Columbia, informs the Court that undersigned counsel, Assistant United States Attorney Brian P. Kelly, is assigned as co-counsel in the above-captioned matter. This is notice of his appearance in this matter on behalf of the United States.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:  */s/ Brian P. Kelly*
    BRIAN P. KELLY
    Assistant United States Attorney
    United States Attorney's Office
    District of Columbia
    D.C. Bar No. 983689
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 252-7503
    Brian.Kelly3@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that undersigned counsel for the Government served a copy of the foregoing Notice of Appearance on counsels of record for the Defendant via CM/ECF.

By:     */s/ Brian P. Kelly*
            BRIAN P. KELLY
            Assistant United States Attorney
            United States Attorney's Office
            District of Columbia
            D.C. Bar No. 983689
            555 4th Street, N.W.
            Washington, D.C. 20530
            (202) 252-7503
            Brian.Kelly3@usdoj.gov